IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD BUCHANAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF WHEELER,<br><br>    Defendant. | Case No.: 3:23-cv-00671-SB<br><br>**GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based upon the parties' Fed. R. Civ. P. 41 Stipulated Dismissal (ECF No. 11) dismissing all of Plaintiff's claims against Defendant with prejudice,

IT IS HEREBY ADJUDGED that all claims against Defendant are dismissed in their entirety, with prejudice and without costs or fees to any party.

DATED: September 11, 2024

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge

Page 1 – **GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**